Thaddeus B. Rowe, Appellant, v. M. Winston Mardis, and Moses A. Mardis, Appellees.

Gen. No. 46,373. 

First District, Second Division.
November 9, 1954.
Released for publication January 12, 1955.

Thaddeus B. Rowe, pro se, and Willie E. Washington, for appellant; Thaddeus B. Rowe, and Willie E. Washington, of counsel; Joseph E. Clayton, Jr., for appellee; Joseph E. Clayton, Jr., R. Eugene Pincham, and Bernice Z. Leaner, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.